**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-6532**

───────────

MICHAEL HOWARD FREAS,

Petitioner - Appellant,

versus

JUDGE ALDEN, Circuit Court of Fairfax, Virgin-
ia Public Defenders Office; ATTORNEY GENERAL
OF THE COMMONWEALTH OF VIRGINIA,

Respondents - Appellees.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-97-1759-AM)

───────────

Submitted: August 31, 1998      Decided: September 17, 1998

───────────

Before ERVIN, HAMILTON, and MOTZ, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Michael Howard Freas, Appellant Pro Se. Leah Ann Darron, Assistant
Attorney General, Richmond, Virginia, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Freas v. Alden</u>, No. CA-97-1759-AM (E.D. Va. Mar. 17, 1998). We deny Appellant's motion for the production of transcripts at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2